**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se      \_\_\_\_\_As counsel for:   _____
                                              Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee     \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant    \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name: _____
Law firm: _____
Address: _____
City, State and ZIP: _____
Telephone: _____
Fax #: _____
E-mail address: _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes   \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 7, 2014                                 /s/ Scott A. Horstemeyer
_____                          _____
       Date                                     Signature of pro se or counsel

cc: _____

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2014, I caused a copy of the Entry of Appearance mailed by United States mail (first-class, postage prepaid), addressed as follows:

>Attn: Jigang Jin
>Mitchell + Company, Law Offices
>4 Embarcadero Center, Suite 1400
>San Francisco, CA 94111


>/s/Scott A. Horstemeyer
>_____
>Scott A. Horstemeyer
>Partner
>Thomas| Horstemeyer LLP
>400 Interstate North Parkway, SE
>Atlanta, GA 30339

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2014, I caused a copy of the Entry of Appearance mailed by United States mail (first-class, postage prepaid), addressed as follows:

> Nathan Kelly
> Office of the Solicitor
> Mail Stop 8, P.O. Box 1450
> Alexandria, VA  22313

> /s/Scott A. Horstemeyer
> _____
> Scott A. Horstemeyer
> Partner
> Thomas| Horstemeyer LLP
> 400 Interstate North Parkway, SE
> Atlanta, GA 30339